United States Court of Appeals

For the Eighth Circuit

_____

No. 22-1663
_____

United States of America

*Plaintiff - Appellee*

v.

John Thomas Paciorek, II, also known as John Thomas Paciorek

*Defendant - Appellant*
_____

Appeal from United States District Court
for the District of Minnesota
_____

Submitted: August 31, 2022
Filed: September 6, 2022
[Unpublished]
_____

Before LOKEN, GRASZ, and KOBES, Circuit Judges.
_____

PER CURIAM.

John Paciorek appeals the sentence imposed by the district court[1] after he pleaded guilty to armed robbery, pursuant to a plea agreement that includes an appeal

_____

[1]The Honorable Eric C. Tostrud, United States District Judge for the District of Minnesota.

waiver. His counsel has moved to withdraw, and has filed a brief under <u>Anders v. California</u>, 386 U.S. 738 (1967).

Upon careful review, we conclude that the appeal waiver is valid, enforceable, and applicable to the sentencing issue raised in this appeal. <u>See</u> <u>United States v. Scott</u>, 627 F.3d 702, 704 (8th Cir. 2010); <u>United States v. Andis</u>, 333 F.3d 886, 889-92 (8th Cir. 2003) (en banc). We have also independently reviewed the record under <u>Penson v. Ohio</u>, 488 U.S. 75 (1988), and have found no non-frivolous issues for appeal outside the scope of the appeal waiver. Accordingly, we grant counsel's motion to withdraw, and we dismiss the appeal.

_____